# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1315 PA (CWx) | Date | March 3, 2011 |
|---|---|---|---|
| Title | Kenneth Eade v. Investorshub.com, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS - COURT ORDER

     Before the Court is the Complaint filed by plaintiff Kenneth Eade ("Plaintiff") on February 11, 2011. The Complaint makes only conclusory allegations concerning venue and does not provide the facts necessary to establish personal jurisdiction over defendants in the Central District of California or to otherwise satisfy the requirements for venue under 28 U.S.C. § 1391. Indeed, because the Complaint alleges that Plaintiff is a citizen of Arizona, and that the only defendant not named as a "Doe" is a citizen of Missouri and Florida, it appears that the District of Arizona, or one of the Districts in Missouri or Florida, and not the Central District of California, might be the proper venue for this action. The Court therefore orders Plaintiff to show cause in writing by March 11, 2011, why this action should not be transferred to a more convenient forum or dismissed for improper venue. See 28 U.S.C. §§ 1404, 1406.

     Plaintiff is ordered to personally serve a copy of this Order on any defendant that has already been served within three (3) court days of the date of this Order or at the time of service for any defendant that has not already been served.

     IT IS SO ORDERED.