**BOSTWICK & JASSY LLP**
GARY L. BOSTWICK, Cal. Bar No. 79000
  gbostwick@bostwickjassy.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@bostwickjassy.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: 310-979-6059
Facsimile: 310-314-8401

**THOMAS & LOCICERO PL**
JAMES J. MCGUIRE, *admitted pro hac vice*
  jmcguire@tlolawfirm.com
DEANNA K. SHULLMAN, *admitted pro hac vice*
  dshullman@tlolawfirm.com
400 N. Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone: 813-984-3062
Facsimile: 813-984-3070

Attorneys for Defendant
INVESTORSHUB.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EADE,<br><br>        Plaintiff,<br><br>  v.<br><br>INVESTORSHUB.COM, INC., a Florida corp., DOE 1, aka NO DUMMY, DOE 2, aka JANICE SHELL, DOE 3, aka FASTER183, DOE 4, aka STOCK MAVIN, DOE 5, aka RENEE, DOE 6, aka VIRTUAL DREW, DOE 7, aka BOB 41, DOE 8 aka OVERACHIEVER, DOE 9, aka DOBERMAN, and DOE 10,<br><br>        Defendants. | Case No. CV11-01315 PA (CWx)<br><br>**DECLARATION OF JEAN-PAUL JASSY IN SUPPORT OF DEFENDANT INVESTORSHUB.COM, INC.'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE COMPLAINT OF PLAINTIFF KENNETH EADE PURSUANT TO CALIFONRIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>Date: May 23, 2011<br>Time: 1:30 p.m.<br>Courtroom: 15<br>Judge: Hon. Percy Anderson |

I, Jean-Paul Jassy, declare as follows:

1. I am an attorney licensed to practice before this Court. I am a partner of Bostwick & Jassy LLP, counsel of record for Defendant InvestorsHub.com, Inc. in matter of *Kenneth G. Eade v. Investorshub.com, Inc., et al.*, United States District Court, Central District of California, Case No. CV 11-01315 PA (CWx). This declaration is made in support of Defendant's Special Motion to Strike Complaint of Plaintiff Kenneth Eade. The matters stated below are true of my own personal knowledge.

2. On April 15, 2011, I visited the California State Bar website, http://www.calbar.ca.gov/, and ran an "Attorney Search" for plaintiff Kenneth Eade. Attached to this Declaration as Exhibit B is a true and correct copy of a print-out from the website of the California State Bar showing attorney Kenneth Eade's status as an attorney in California.

I declared under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 15, 2011 at Los Angeles, CA.

____/s/ Jean-Paul Jassy_____
Jean-Paul Jassy

CASE NO. CV11-01315 PA (CWx)     DEFENDANT INVESTORSHUB.COM, INC.'S ANTI-SLAPP MOTION