UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01315 PA (CWx) | Date | April 25, 2011 |
|---|---|---|---|
| Title | Kenneth Eade v. Investorshub.com, Inc., et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   Plaintiff's Motion for Expedited Discovery re Doe Defendants [Dkt. No. 4]

. Plaintiff's motion for expedited discovery is denied without prejudice. Plaintiff fails to show good ause to support a need for the requested discovery at this time. See Semitool, Inc. v. Tokyo Electron America, Inc., 208 F.R.D. 273, 276 (N.D. Cal. 2002)(request for order for early discovery is evaluated under good cause standard and is warranted "where the need for the discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party"); see also Liberty Media Holdings, LLC v. Does 1-59, No. 10-1823-DMS (WVG), 2001 WL 1304617, at *1 (S.D. Cal. April 6, 2011)((stating principles for discovery re identify of Doe defendants).


cc:     Counsel of Record

|  | : |  |
|---|---|---|
| Initials of Preparer | | dt |