**BOSTWICK & JASSY LLP**
GARY L. BOSTWICK, Cal. Bar No. 79000
  gbostwick@bostwickjassy.com
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@bostwickjassy.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@bostwickjassy.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone:  310-979-6059
Facsimile:   310-314-8401

**THOMAS & LOCICERO PL**
JAMES J. MCGUIRE, *admitted pro hac vice*
  jmcguire@tlolawfirm.com
DEANNA K. SHULLMAN, *admitted pro hac vice*
  dshullman@tlolawfirm.com
400 N. Ashley Drive, Suite 1100
Tampa, Florida 33602
Telephone:  813-984-3062
Facsimile:   813-984-3070

Attorneys for Defendant
INVESTORSHUB.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EADE, <br><br> Plaintiff, <br><br> v. <br><br> INVESTORSHUB.COM, INC., a Florida corp., DOE 1, aka NO DUMMY, DOE 2, aka JANICE SHELL, DOE 3, aka FASTER183, DOE 4, aka STOCK MAVIN, DOE 5, aka RENEE, DOE 6, aka VIRTUAL DREW, DOE 7, aka BOB 41, DOE 8 aka OVERACHIEVER, DOE 9, aka DOBERMAN, and DOE 10, <br><br> Defendants. | Case No. CV11-01315 JAK (CWx) <br><br> **ORDER GRANTING DEFENDANT INVESTORSHUB.COM, INC.'S MOTION TO RECOVER ATTORNEYS' FEES PURSUANT TO CALIFONRIA CODE OF CIVIL PROCEDURE § 425.16(c)** |

1. Defendant InvestorsHub.com, Inc.'s Motion to Recover Attorney's Fees and Costs Pursuant to California Code of Civil Procedure § 425.16(c) came on for hearing on September 12, 2011. Jean-Paul Jassy of Bostwick & Jassy LLP appeared for defendant InvestorsHub.com, Inc. There was no appearance for plaintiff Kenneth Eade.

2. Having considered the pleadings and argument on the matter and for the reasons stated on the record, defendant InvestorsHub.com, Inc.'s Motion to Recover Attorney's Fees and Costs Pursuant to California Code of Civil Procedure § 425.16(c) is hereby GRANTED in the amount of Forty-Nine Thousand Dollars ($49,000.00), with said sum payable from Kenneth Eade to InvestorsHub.com, Inc. within thirty (30) days.

IT IS SO ORDERED.

DATED: September 27, 2011

_____
Judge, United States District Court